UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 19, 2010

No. 10-1494

Modesto Cruz,
                            Appellant

v.

Commissioner of Social Security

(E.D. Pa. No. 2-08-cv-00204)

Present:  SCIRICA, RENDELL and FISHER, Circuit Judges

Motion by Appellee Commissioner of Social Security to Publish Non-Precedential Opinion filed October 22, 2010.


                                              Respectfully,

                                              Clerk/par

_____ORDER_____
The foregoing motion is granted.

                            By the Court,


                            */s/ D. Michael Fisher*
                            Circuit Judge

Dated:  December 28, 2010
par/cc:  R.S., Esq.
         L.R.K., Esq.